

# MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

FEB 15 2011

UNITED STATES COURT JUDGE

*86 Chambers Street*
*New York, New York 10007*

February 15, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2011

BY FACSIMILE
Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

          Re:    *Liriano v. ICE/DHS, et al.*,
                  10 Civ. 6196 (NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

       In accordance with Your Honor's order of February 3, 2011, I write respectfully to propose a briefing schedule for the Government's motion to dismiss. I respectfully propose the following schedule:

| | |
|---|---|
| Government's motion to dismiss: | March 23, 2011 |
| Plaintiffs' Opposition: | April 27, 2011 |
| Government's Reply: | May 9, 2011 |

So Ordered.
*/s/ Naomi Reice Buchwald*
USDJ
2/16/11

       I am requesting more than thirty days to brief the motion in part because I will be out of state on vacation from March 2-13. As plaintiff is *pro se* and incarcerated, I have not attempted to obtain his consent to this proposed schedule.

I thank the Court for its consideration of this request.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
DAVID BOBER
Assistant United States Attorney
(212) 637-2718

cc: Jovanny Liriano, *pro se* (via overnight mail)
Reg# 61949-054
CI Moshannon Valley Correctional Center
555 I Cornell Drive
Philipsburg, PA 16866